**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. DOYNE "JAMES" DODD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-494-C |
| ) | |
| 1. DISCOUNT TIRE CO. OF OKLAHOMA., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 28th DAY OF OCTOBER, 2014.**

s/ Amber L. Hurst
Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 2123
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Jonathan Rector
(*Signed by filing counsel with
permission of Jonathan Rector*)
Adam W. Childers, OBA No. 18673
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 North Robinson, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
Email: adam.childers@crowedunlevy.com

Jonathan G. Rector, OBA No. 30691
Jennifer A. Youpa *(pro hac vice)*
Littler Mendelson, P.C.
A Professional Corporation
2001 Ross Avenue
Ste 1500, Lock Box 116
Dallas, Texas 75201